IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 20-mj-1201-1/2 |
| CERTAIN PERSONS | : | |

**ORDER**

AND NOW, this 16th day of July , 2020 upon application of the United States Attorney that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and the Drug Enforcement Administration. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Jason D. Grenell and Shuaiyb Newton, Assistant United States Attorneys.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendant has been arrested or upon further order of the Court.

BY THE COURT:

_*s/ Thomas J. Rueter*________________
Hon. THOMAS J. RUETER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 20-mj-1201-1/2 |
| CERTAIN PERSONS | : | |

**MOTION TO IMPOUND COMPLAINT AND WARRANT**

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney in and for the Eastern District of Pennsylvania, and Jason D. Grenell and Shuaiyb Newton, Assistant United States Attorneys for that District, moves that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrest of the defendant there is the risk that the safety of victim/witnesses may be jeopardized, that the ongoing investigation may be compromised, and that the defendant will flee, thereby hindering the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested, except for the two certified copies of the warrant to be provided to the United States Marshal's Service and the DEA. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to

Jason D. Grenell or Shuayib Newton, Assistant United States Attorneys, until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

s/ *Jason D. Grenell*
Jason D. Grenell
Shuaiyb Newton
Assistant United States Attorneys